UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLE FINKBONNER, an individual, | No. 2:24-cv-00933-JHC |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY d/b/a USAA, a foreign corporation doing business in Washington State, | |
| Defendant. | |

## I.    <u>STIPULATION</u>

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 15th day of September, 2025.          Dated this 15th  day of September, 2025

FORSBERG & UMLAUF, P.S.                    BRETT    MCCANDLIS    BROWN    & CONNER, PLLC


*s/Rishabh R. Agny*                                      *s/Matt Conner*
Kimberly A. Reppart, WSBA #30643          Matt Conner, WSBA #47733
Rishabh R. Agny, WSBA #49721              Attorney for Plaintiff
*Attorneys for Defendant*

## II.  <u>ORDER</u>

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Dated: September 15, 2025.

John H. Chun
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – 2
CAUSE NO. 2:24-CV-00933-JHC